UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RICHARD MILOT,

        Petitioner,

    v.

WARDEN, FLORIDA SOFT SIDE
SOUTH DETENTION CENTER,
U.S. ATTORNEY GENERAL,

        Respondents,

Case No. 2:26-cv-1891-KCD-KRH

/

## **ORDER**

Petitioner Richard Milot has filed a habeas corpus petition challenging his detention by U.S. Immigration & Customs Enforcement. (Doc. 1.) He claims that his continued detention violates the Fifth Amendment as interpreted by *Zadvydas v. Davis*, 533 U.S. 678 (2001). (*Id.* at 7-8.) The Government has responded in opposition. (Doc. 9.)

This is Milot's second petition. The prior case was dismissed because it was filed within the presumptively reasonable six-month detention period set forth in *Zadvydas*. *See* Case No. 2:26-cv-1194-KCD-DNF. Because Milot's detention is still within the six-month window, and the petition here raises the same arguments as before, the same result applies.

Milot does raise one new claim under the Fourth Amendment. (Doc. 1 at 7.) But "habeas is not a vehicle to redress defects in an initial arrest; its

function is to determine whether the petitioner may lawfully remain in custody." *Palma v. Powell*, No. 7:26-CV-299-EGL-SGC, 2026 WL 701778, at *6 (N.D. Ala. Mar. 12, 2026).

Accordingly, the habeas petition (Doc. 1) is **DENIED**. However, this denial is without prejudice to Milot refiling a new petition should his current detention *exceed the six-month mark*, and he can demonstrate there is no significant likelihood of removal in the reasonably foreseeable future. The Clerk is **DIRECTED** to terminate any pending motions and close the case.

**ORDERED** in Fort Myers, Florida on June 30, 2026.

Kyle C. Dudek
United States District Judge

2